## HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP

COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
JOEL D. SIEGAL [△]
JONATHAN L. GOLDSTEIN [△]
MICHAEL EDELSON
MARGARET DEE HELLRING [△]
RICHARD D. SHAPIRO [△]
CHARLES ORANSKY [△]
RICHARD B. HONIG [△]
RICHARD K. COPLON [△]
ROBERT S. RAYMAR [△]
STEPHEN L. DREYFUSS [△]
JOHN A. ADLER [△]
JUDAH I. ELSTEIN [△]
BRUCE S. ETTERMAN [△]
MATTHEW E. MOLOSHOK [△]
DAVID N. NARCISO [△]
ROBERT B. ROSEN [△]
SHERYL E. KOOMER
PATRICIA A. STAIANO
RONNIE F. LIEBOWITZ
LISA P. PARKER
CHRISTY L. SAALFELD [△]
CHAMISE CARTER [△]
JOSEPH H. TRINGALI [△]

ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102-5386
(973) 621-9020

FAX (973) 621-7406
www.hlgslaw.com

OF COUNSEL

PHILIP LINDEMAN II [△]

[△] NJ & NY

November 23, 2009

**VIA ECF**

Clerk, United States District Court
Clarkson S. Fisher Federal Bldg. & Courthouse
402 East State Street - Room 5050
Trenton, New Jersey 08608

Re:  Derick Brian Moore, etc. v.
     Cellco Partnership, et al.
     **Case No. 3:09-cv-04592-FLW-TJB**

Dear Sir:

This firm, together with the California firms of Foley Bezek Behle & Curtis LLP and Arias Ozzello & Gignac LLP, represents the plaintiff in this consumer class action.

In accordance with L.Civ.R. 7.1(d)(5), we hereby request that the defendant's dispositive motion to dismiss the Amended Complaint with prejudice, and to compel plaintiff to proceed by individual arbitration, be adjourned from December 21, 2009 to the next motion day, which is January 4, 2010.

Respectfully yours,

Stephen L. Dreyfuss

SLD:gs

cc: Todd Schleifstein, Esquire (By ECF)